*along with a Civil Rights complaint package*

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/14/08

_____
DEPUTY CLERK

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP FRANK PALACIO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MIKE E. POULOS,<br><br>　　　　　Respondent. | Case No. SACV 08-0134-GAF (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) Judgment be entered dismissing this action without prejudice to petitioner instituting a civil rights action, in strict compliance with the provisions of the PLRA, and (2) the Clerk shall provide petitioner with a blank copy of the Central District of California civil rights complaint form.

DATED: 4/11/08

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE