JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP FRANK PALACIO, | Case No. SACV 08-0134-GAF (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MIKE E. POULOS, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice to petitioner instituting a civil rights action, in strict compliance with the provisions of the PLRA.

DATED: _4/11/08_

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

GARY A. FEESS
UNITED STATES DISTRICT JUDGE